■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SMITH, Appellant. [666 NYS2d 937] —Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered June 7, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is modified, by vacating the sentence imposed; as so modified, the judgment is affirmed and the case is remitted to the County Court, Rockland County, for further proceedings consistent herewith.

Since the court was unable to fulfill its sentence promise, the matter should be remitted for resentencing so as to afford the defendant the opportunity to withdraw his plea of guilty (*see, e.g., People v Selikoff,* 35 NY2d 227, 241; *People v John C.,* 184 AD2d 519). Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINCOLN TURNER, Appellant. [666 NYS2d 929] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 19, 1994 (*People v Turner,* 210 AD2d 445), affirming a judgment of the Supreme Court, Kings County, rendered February 26, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Joy, J. P., Friedmann, Krausman and Florio, JJ., concur.